# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

CRYSTAL LAM and NINA PHAN, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.

No. 2:21-cv-1137-BJR

**STIPULATION AND SECOND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

Under Western District of Washington Local Rule 7(d)(1) and 10(g), Plaintiffs Crystal Lam and Nina Phan and Defendant T-Mobile USA, Inc., (together the "Parties") stipulate that T-Mobile's deadline to answer or otherwise respond to the Complaint in this action is extended for a total of 60 days through December 17, 2021.

Good cause exists for this extension because the motion to transfer related cases for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 is still pending before the Judicial Panel on Multidistrict Litigation ("JPML"). *See In re T-Mobile Customer Data Sec. Breach Litig.*, MDL Docket No. 3019 (J.P.M.L. filed Aug. 23, 2021) (ECF No. 1). The plaintiffs in another case, *Daruwalla v. T-Mobile USA, Inc.,* No. 2:21-cv-1118 (W.D. Wash., filed Aug. 19, 2021), filed the transfer motion and identified this case, and numerous others, as related cases that should be transferred. *See In re T-Mobile*, MDL Docket No. 3019 (ECF Nos. 1, 2, 8-1, 11, 20, 48,

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1137-BJR) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154130795.1

62, 65). The additional 60 days will conserve judicial resources by allowing T-Mobile to assess the pending JPML motion and continue discussions with Plaintiffs' counsel here and counsel in the related cases before responding to Plaintiffs' Complaint.

Upon the Court entering or granting this 60-day extension, T-Mobile will file a notice of withdrawal for its pending motion to stay. (*See* ECF No. 21.)

Dated: October 5, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
           KOSullivan@perkinscoie.com
           LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

By: /s/ *Karin B. Swope*
Karin B. Swope
**COTCHETT, PITRE & McCARTHY, LLP**
7511 Greenwood Avenue N, Suite 4057
Seattle, WA 98103
Telephone: (206) 778-2123
Facsimile: (650) 697-0577
E-mail: kswope@cpmlegal.com

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1137-BJR) - 2

154130795.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Adam J. Zapala
Elizabeth T. Castillo
Kaiyi A. Xie
Reid W. Gaa
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
E-mail: azapala@cpmlegal.com
      ecastillo@cpmlegal.com
      kxie@cpmlegal.com
      rgaa@cpmlegal.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1137-BJR) - 3

154130795.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

IT IS SO ORDERED.

Dated this 6th day of October 2021.


                                                    s/Barbara J. Rothstein
                                                    Barbara J. Rothstein
                                                    U.S. District Court Judge


Presented by:

/s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
         KOSullivan@perkinscoie.com
         LTsuji@perkinscoie.com


Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1137-BJR) - 4

154130795.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000